IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FLIGHT SOLUTIONS, INC.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09-cv-1155 |
| | ) Judge Trauger |
| **CLUB AIR, INC.** and | ) |
| **DALTON L. LOTT,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss and Motion for Transfer of Venue filed by defendants Club Air, Inc. and Dalton L. Lott (Docket No. 14) is **GRANTED IN PART** and **DENIED IN PART**. The Motion to Dismiss the claim against Lott is **DENIED** as moot. The Motion for Transfer of Venue is **GRANTED**, and this case shall be **TRANSFERRED** to the Dallas Division of the District Court for the Northern District of Texas.

It is so Ordered.

Entered this 14th day of January 2010.

_____
ALETA A. TRAUGER
United States District Judge